STATE OF NEW JERSEY v. MICHAEL BROWN.

February 23, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. CAROLE ANN LAUGHTON, A/K/A
CAROLE ANN PETTIFORD.

February 23, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LOURDES OLIVERAS.

February 23, 1988.

Petition for certification denied.

IN RE STATE GRAND JURY INVESTIGATION SGJ
93–82–6(1), SGJ 93–82–6(2).

February 23, 1988.

Petition for certification denied.